IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 MAR 27  AM 8: 36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

TERRI K. OLIVER,
          Plaintiff,

-vs-                                      Case No. A-10-CA-821-SS

TEXAS HEALTH AND HUMAN SERVICES
COMMISSION and its Executive Commissioner,
THOMAS SUEHS, in his official capacity,
          Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the defendants, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Terri K. Oliver TAKE NOTHING in this cause against Defendants Texas Health and Human Services Commission and Thomas Suehs, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 26 day of March 2012.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

821 msj jdgmt jih.frm